1038

No. 779. LOCAL 282, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Samuel J. Cohen* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 784. SCHREIBER ET AL., TRADING AS SCHREIBER & GOLDBERG v. AMERICAN SAFETY TABLE Co. C. A. 2d Cir. Certiorari denied. *Edwin M. Slote* for petitioners. *Arthur S. Olick* and *Leon Edelson* for respondent.

No. 785. SHANKEY ET AL. v. STAISEY ET AL. Sup. Ct. Pa. Certiorari denied. *Thomas B. Sweeney* for petitioners. *Francis A. Barry* and *Thomas M. Rutter, Jr.,* for respondents.

No. 786. ZUBKOFF v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Nathan Silverberg* for petitioner. *Solicitor General Griswold* for the United States.

No. 790. SAVILLE v. BANK OF AMERICA, EXECUTOR. C. A. 7th Cir. Certiorari denied. *Owen W. Crumpacker* and *James E. Knox, Jr.,* for petitioner. *Lowell E. Enslen* for respondent.

No. 791. YOUNG ET UX. v. INDIANA. Sup. Ct. Ind. Certiorari denied. *Arthur J. Sullivan* for petitioners. *Theodore L. Sendak,* Attorney General of Indiana, and *William F. Thompson* and *Walter E. Bravard, Jr.,* Deputy Attorneys General, for respondent.